UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Rodney Oliver p/k/a "Rodney O" and Nécole Key, et al.,

Plaintiffs,

v.

Barry White Family Trust, et al.,

Defendants.

Case No. 1:25-cv-03602 (DLC)

DECLARATION OF NÉCOLE KEY

REGARDING SERVICE OF PROCESS AND COUNSEL'S AUTHORITY

I, Nécole Key, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the pro se plaintiff in the above-captioned matter and make this declaration based on my personal knowledge.

2. On July 14, 2025, I sent an email to Dorothy M. Weber, Esq., requesting confirmation as to whether she was authorized to accept service of process pursuant to Fed. R. Civ. P. 4(e) and 4(h) on behalf of the Barry White Family Trust, including its identified trustees Glodean B. White and Jack W. Perry. A true and correct copy of that email is attached hereto as Exhibit A.

3. Ms. Weber responded on July 15, 2025, rejecting my inquiry "in toto" but failed to provide any documentation or public record demonstrating her authority to accept service on behalf of the Trust or its trustees. See Exhibit B.

4. I followed up on July 15 and 16, 2025, again requesting written confirmation or documentation showing authorization, and I specifically noted the absence of any filing in the related matter, Case No. 1:24-cv-07509 (DLC), demonstrating such authority. No such documentation has been produced. See Exhibits C and D.

5. On or about July 16, 2025, Ms. Weber's office transmitted a purported waiver of service. I had not submitted any request for waiver under Fed. R. Civ. P. 4(d)(1), nor had

1

I included the written notice, copy of the complaint, or prepaid return method required under Rule 4(d)(1)(C). See Exhibit E. Accordingly, I informed counsel that any waiver executed unilaterally would be without effect under the Rule.

6. Under Fed. R. Civ. P. 4(d)(1) and 4(l), a valid waiver must originate from a proper request by the plaintiff and be executed by a person authorized to receive service. Because Ms. Weber has not demonstrated such authority, I am proceeding with personal service on the individual trustees in their respective capacities, as permitted by Rule 4(e) (individuals) and Rule 4(h) (entities).

7. I submit this declaration in good faith to place the issue before the Court and to preserve the record of my efforts to obtain confirmation of counsel's authority prior to incurring the costs of formal service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2025 at Brea, California.

Respectfully submitted,

_____

/s/ Nécole Key

Pro Se Plaintiff

451 Discovery Lane, Unit 321

Brea, CA 92821

necolekey@gmail.com

**Exhibit A**



# Request for Confirmation of Authority to Accept Service — Oliver et al. v. Barry White Family Trust et al.
4 messages

**Nécole Key** <necolekey@gmail.com>  Mon, Jul 14, 2025 at 10:25 AM
To: Dorothy Weber <dorothy@musiclaw.com>

**Dear Ms. Weber,**

I hope you are well.

As Plaintiff in this matter, I am writing to confirm whether you are authorized and willing to accept service of process or any formal complaint on behalf of the **Barry White Family Trust**, including any related individuals such as **Glodine White and Jerry Perry**, to the extent they act through the Trust or its agents.

If you are so authorized, I would appreciate it if you could provide written confirmation and any instructions for proper service. If you are not authorized to accept service for the Trust and/or any related parties, please kindly advise so that I may make alternative arrangements in compliance with the applicable rules.

**Due to the time-sensitive nature of this matter, I respectfully request your response within 24 hours of this email.**

Thank you very much for your cooperation and assistance.

Best regards,
Necole Key
Pro Se Plaintiff

---

**Nécole Key** <necolekey@gmail.com>  Tue, Jul 15, 2025 at 11:17 AM
To: Dorothy Weber <dorothy@musiclaw.com>

Dear Ms. Weber,

Although you have filed a lawsuit on behalf of the Barry White Family trustees in Case No. **1:24-cv-07509**, I have found no evidence of your authorization to do so based on my research of the public court record.

Given the lack of evidence and your refusal to confirm whether you are authorized to accept service on behalf of the trustees, I will proceed with formal service on the individual defendants as required by the Federal Rules of Civil Procedure in connection with the complaint filed in Case No. **1:25-cv-03602**.

If there is any public filing, court order, or written authorization that I may have overlooked, please forward it to me at your earliest convenience. Otherwise, please consider this notice of my intent to comply fully with the applicable service requirements.

Thank you for your attention to this matter.

Best regards,

## Nécole Key
Pro se Plaintiff

[Quoted text hidden]

---

**Dorothy Weber** <dorothy@musiclaw.com>  Tue, Jul 15, 2025 at 11:20 AM
To: Nécole Key <necolekey@gmail.com>

Dear Ms. Key:   A response to your letter of yesterday is being prepared.  Your statement in the first sentence is rejected in toto.

Very truly yours,

Dorothy M. Weber, Esq.

Herbsman Hafer Weber & Frisch, LLP

494 Eighth Avenue, Suite 600

New York, NY 10001

Direct Dial: (646) 795-6068

Fax: (212) 956-6471

E-Mail: dorothy@musiclaw.com

http://www.linkedin.com/in/dorothymweberesq/

[Quoted text hidden]

---

**Nécole Key** <necolekey@gmail.com>  Tue, Jul 15, 2025 at 11:29 AM
To: Dorothy Weber <dorothy@musiclaw.com>

Ms Weber
My statement is based on my research. I have found no evidence you are authorized.  I respectfully asked you to provide me with any document I may have missed to prove otherwise.

I will need to receive a confirmed answer that you are authorized. Otherwise I will proceed accordingly.

Thank you

Nécole Key
Pro se Plaintiff

[Quoted text hidden]

**Exhibit B**



# Response to Your Letter Dated July 15, 2025 — Oliver et al. v. Barry White Family Trust et al., Case No. 1:25-cv-03602 (SDNY)
3 messages

**Nécole Key** <necolekey@gmail.com>  
To: Dorothy Weber <dorothy@musiclaw.com>

Tue, Jul 15, 2025 at 12:47 PM

Dear Ms. Weber,

I am writing in response to your letter dated **July 15, 2025** regarding service of process for the above-referenced matter.

First, I want to make clear that I fully understand my obligations under **Federal Rule of Civil Procedure 4**, including the procedure for requesting a waiver of service under Rule 4(d). I say this with respect: you will be the last person I trust to provide me with guidance in this matter, given my experience dealing with you thus far. I will rely on my own understanding of the Federal Rules and proceed accordingly.

As the Amended Complaint filed in **Case No. 1:24-cv-07509 (DLC)** shows, the Barry White Family Trust is named *by its duly empowered Trustees*, **Glodean B. White** and **Jack W. Perry**, who are expressly identified as the Trust's legal representatives. In your letter, you acknowledge you are **not authorized** to accept service for Ms. White or Mr. Perry individually. That means it is my responsibility to ensure that the Trustees are properly named and properly served in both their individual and representative capacities, consistent with Rule 4.

I note that you have stated you will return a signed waiver if I comply with Rule 4(d) for the Trust. However, I have seen no evidence in the public court record or any written documentation that you are actually authorized by the Trustees themselves to accept service or to waive service on their behalf. Absent clear evidence of your authority, I must proceed with formal service directly on the individual Trustees, as required.

Additionally, for the record, the email address I used to send you my prior correspondence on **July 14, 2025**, is the same address you use for communications in this case, and it is the email address registered with the Court. It is therefore a proper and appropriate means of submitting correspondence related to this matter.

If you have any credible evidence or public record that shows you are legally authorized to accept or waive service for **Glodean B. White** and **Jack W. Perry**, please provide it promptly. Otherwise, please consider this formal notice that I will proceed with proper service on the

individual Trustees and other defendants in accordance with the Federal Rules of Civil Procedure and any applicable local rules.

Thank you for your attention to this matter.

Best regards,

## Nécole Key
Pro Se Plaintiff

---

**Dorothy Weber** <dorothy@musiclaw.com>     Tue, Jul 15, 2025 at 12:56 PM
To: Nécole Key <necolekey@gmail.com>

The request with regard to your email is duly noted.

Dorothy M. Weber, Esq.

Herbsman Hafer Weber & Frisch, LLP

494 Eighth Avenue, Suite 600

New York, NY 10001

Direct Dial: (646) 795-6068

Fax: (212) 956-6471

E-Mail: dorothy@musiclaw.com

http://www.linkedin.com/in/dorothymweberesq/

[Quoted text hidden]

---

**Dorothy Weber** <dorothy@musiclaw.com>     Tue, Jul 15, 2025 at 1:09 PM
To: Nécole Key <necolekey@gmail.com>

Dear Ms. Key:   You can make whatever objections you wish in the lawsuit.   You have my response.

Very truly yours,

Dorothy M. Weber, Esq.

Herbsman Hafer Weber & Frisch, LLP

494 Eighth Avenue, Suite 600

New York, NY 10001

Direct Dial: (646) 795-6068

Fax: (212) 956-6471

E-Mail: dorothy@musiclaw.com

http://www.linkedin.com/in/dorothymweberesq/

---

**From:** Nécole Key <necolekey@gmail.com>
**Sent:** Tuesday, July 15, 2025 3:47 PM
**To:** Dorothy Weber <dorothy@musiclaw.com>
**Subject:** Response to Your Letter Dated July 15, 2025 — Oliver et al. v. Barry White Family Trust et al., Case No. 1:25-cv-03602 (SDNY)

Dear Ms. Weber,

[Quoted text hidden]
[Quoted text hidden]

**Exhibit C**



# Re: Clarification Regarding Improper Waiver and Correct Plaintiff 7.16.2025
3 messages

**Nécole Key** <necolekey@gmail.com>  Wed, Jul 16, 2025 at 9:45 AM
To: Ricardo Rosado <ricardo@musiclaw.com>
Cc: Dorothy Weber <dorothy@musiclaw.com>, Rodney <rodneyolivermusic@gmail.com>
Bcc: Rodney <rodneyocali@yahoo.com>

Dear Ms. Weber,

I am writing to address your recent correspondence regarding the Waiver of Service and to clarify the proper party in this matter.

First, please note that "Lady Key Management, Inc." is "not named in the complaint" and is not a plaintiff in this action. As stated in the agreement between Rodney and myself, I own "Everlasting Bass" in my individual capacity. Including a business entity that is not involved in this dispute is improper and should be avoided in all future communications and filings.

Second, your filing of a "Waiver of Service" is improper. I did not send any formal request for waiver of service under Rule 4(d) of the Federal Rules of Civil Procedure. As you know, the rule requires that a waiver be properly requested by the plaintiff with the required written notice, a copy of the complaint, and a prepaid means of return. No such request was ever sent. Accordingly, your unilateral execution of a waiver has no legal effect, and I will be proceeding with formal service of the summons and complaint in compliance with the applicable rules.

Thank you for your cooperation.

Best regards,
Necole Key
Pro Se Plaintiff


# Nécole Key
Artist Manager
626-598-6647

On Wed, Jul 16, 2025, 9:17 AM Ricardo Rosado <ricardo@musiclaw.com> wrote:

Dear Ms. Key:

On behalf of Dorothy Weber, Esq., please see the attached letter.

Please do not respond to my email, any response should be directed to dorothy@musiclaw.com.

Sincerely,

Ricardo Rosado

Legal Assistant to Dorothy M. Weber, Esq.

Herbsman, Hafer, Weber & Frisch, LLP

494 Eighth Avenue, 6th Floor

New York, New York 10001

Phone: (212) 245-4580 Ext. 6064

Fax: (212) 956-6471

Email: ricardo@musiclaw.com

---

**Dorothy Weber** <dorothy@musiclaw.com>  Wed, Jul 16, 2025 at 9:58 AM
To: Nécole Key <necolekey@gmail.com>, Ricardo Rosado <ricardo@musiclaw.com>
Cc: Rodney <rodneyolivermusic@gmail.com>

If you wish to incur the costs of a process server instead of doing it this way, that is your choice and we will so advise the Court.

Sincerely,

Dorothy M. Weber, Esq.

Herbsman Hafer Weber & Frisch, LLP

494 Eighth Avenue, Suite 600

New York, NY 10001

Direct Dial: (646) 795-6068

Fax: (212) 956-6471

E-Mail: dorothy@musiclaw.com

http://www.linkedin.com/in/dorothymweberesq/

[Quoted text hidden]

---

**Nécole Key** <necolekey@gmail.com>  Wed, Jul 16, 2025 at 10:05 AM
To: Dorothy Weber <dorothy@musiclaw.com>
Cc: Ricardo Rosado <ricardo@musiclaw.com>, Rodney <rodneyolivermusic@gmail.com>
Bcc: Rodney <rodneyocali@yahoo.com>

Ms. Weber

Correct, it is my choice. Please don't concern yourself with my financials. That is one of the reasons of the lawsuit.  You have interferred in my dealings.

I will also inform the Court of your attempt to mislead a pro se litigant about the process.
Your legal advice was unsoliciated. Please reframe from offering it.

Thank you for your cooperation in this matter.

Necole Key
[Quoted text hidden]

**Exhibit E**

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| RODNEY OLIVER, and NECOLE KEY | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 25-cv-03602-DLC |
| BARRY WHITE FAMILY TRUST, ET AL | ) |
| Defendant | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Necole Key, and Rodney Oliver
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, on behalf of The Barry White Family Trust U/A/D December 19, 1980, By its Duly Empowered Trustees ("BWFT"), agree to save the expense of serving a summons and complaint in this action.

I understand that BWFT will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, on behalf of BWFT, the entity that I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 07/14/2025 the date when this request was sent to me by you. If I fail to do so, a default judgment will be entered against the BWFT.

Date: 07/16/2025

_Signature of the attorney or unrepresented party_

The Barry White Family Trust
_Printed name of party waiving service of summons_

Dorothy M. Weber
_Printed name_
494 Eighth Avenue, Sixth Floor
New York, New York 10001
_Address_
dorothy@musiclaw.com
_E-mail address_
(212) 245-4580
_Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY OLIVER p/k/a RODNEY O, and NECOLE KEY
Plaintiffs,
-against-
BARRY WHITE FAMILY TRUST, SONY MUSIC ENTERTAINMENT d/b/a EPIC RECORDS, UNIVERSAL MUSIC GROUP, LLC, ROB FINAN, DOROTHY M. WEBER, NAYVADIUS WILBURN p/k/a FUTURE, LELAND WAYNE p/k/a METRO BOOMIN, KENDRICK DUCKWORTH p/k/a KENDRICK LAMAR, and JOHN DOES 1-10,
Defendants.

Case No.: [CASE NUMBER]
COMPLAINT
BENCH TRIAL REQUESTED

Plaintiffs Necole Key ("Key") and Rodney Oliver p/k/a Rodney O ("Rodney O") (collectively, "Plaintiffs"), proceeding pro se, bring this Third Amended Complaint against Defendants Barry White Family Trust ("Barry White Trust"), Sony Music Entertainment d/b/a Epic Records ("Epic"), Universal Music Group, LLC ("Universal Music"), Rob Finan ("Finan"), Dorothy M. Weber ("Weber"), Nayvadius Wilburn p/k/a Future ("Future"), Leland Wayne p/k/a Metro Boomin ("Metro Boomin"), Kendrick Duckworth p/k/a Kendrick Lamar ("Kendrick Lamar"), and John Does 1-10 (collectively, "Defendants"), and allege as follows based upon personal knowledge, information, and belief:

PRELIMINARY STATEMENT

1. This case arises from a deliberate and bad-faith campaign by Defendants to infringe Plaintiffs' rights in the iconic musical work "Everlasting Bass," misappropriate its commercial value, and deprive Plaintiffs of rightful compensation and recognition. Defendants' actions include willful copyright infringement, fraudulent misrepresentation, breach of contract, and other misconduct aimed at undermining Plaintiffs' ownership and legacy.