**CERTIFICATE OF SERVICE**

I hereby certify that on this 21_ day of _July_____, 2025, a true and correct copy of the foregoing document titled

DECLARATION OF NÉCOLE KEY

REGARDING SERVICE OF PROCESS AND COUNSEL'S AUTHORITY

was served via the Court's CM/ECF electronic filing system and/or by email and U.S. Mail to the following counsel of record:

Dorothy M. Weber, Esq.

Herbsman Hafer Weber & Frisch, LLP

494 Eighth Avenue, Suite 600

New York, NY 10001

Email: dorothy@musiclaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/Necole Key

Pro Se Defendant

451 Discovery Lane #321

Brea CA 92821

necolekey@gmail.com