# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **Rodney Oliver, et al.** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **Barry White Family Trust, et al.** ) <br> ) <br> *Defendant* ) | Civil Action No. 1:25-cv-03602-DLC |

## AFFIDAVIT OF SERVICE

William Hines, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of California.That on July 19, 2025, at 2:57 pm at 1707 Westridge Rd, Los Angeles, CA 90049, Deponent served the within SUMMONS IN A CIVIL ACTION, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Kendrick Lamar (hereinafter referred to as "subject") by posting at the dwelling place or usual place of abode of Kendrick Lamar. First class mailing was completed on July 22, 2025 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Additional Description:
Posted on door

My perception of the description of the individual served is as follows:
, est. age Unknown, glasses: N, hair, , .
Geolocation of Serve: https://google.com/maps?q=34.0642166667,-118.49388
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

| | |
|---|---|
| Executed in | /s/ *William Hines* |
| <u>  Los Angeles County  </u>, | Signature |
| <u>  CA  </u> on <u>  7/23/2025  </u>. | Server Name: William Hines |
| | License#: 2025103086 |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)