**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No. 1:25-cv-03602-DLC

**RODNEY OLIVER p/k/a RODNEY O and NECOLE KEY,**
Plaintiffs,

—against—

**BARRY WHITE FAMILY TRUST, SONY MUSIC ENTERTAINMENT d/b/a EPIC RECORDS, UNIVERSAL MUSIC GROUP, LLC, ROB FINAN, DOROTHY M. WEBER, NAYVADIUS WILBURN p/k/a FUTURE, LELAND WAYNE p/k/a METRO BOOMIN, KENDRICK DUCKWORTH p/k/a KENDRICK LAMAR, and JOHN DOES 1–10,**
Defendants.

---

## NOTICE OF CONTINUATION OF CLAIMS BY CO-PLAINTIFF NECOLE KEY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that although Plaintiff **Rodney Oliver p/k/a Rodney O** has voluntarily dismissed his claims without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, **Co-Plaintiff Necole Key**, residing at **451 Discovery Lane, Unit 321, Brea, CA 92821**, continues as Plaintiff in the above-captioned matter.

Pursuant to the **Co-Ownership Agreement dated April 24, 2025**, Necole Key holds an undivided fifty percent (50%) ownership interest in the master sound recording entitled *"Everlasting Bass"*. As such, she remains a proper party with standing to prosecute her claims arising from infringement, exploitation, and enforcement of her co-ownership rights in the Master Recording.

This action therefore remains pending as to Co-Plaintiff Necole Key against all Defendants.

Dated: August 29, 2025

Respectfully submitted,

/s/Necole Key,
Plaintiff in Pro Per
451 Discovery Lane, Unit 321
Brea, CA 92821