**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RODNEY OLIVER p/k/a RODNEY O and NECOLE KEY,

    Plaintiffs,

-against-

BARRY WHITE FAMILY TRUST, SONY MUSIC ENTERTAINMENT d/b/a EPIC RECORDS, UNIVERSAL MUSIC GROUP, LLC, ROB FINAN, DOROTHY M. WEBER, NAYVADIUS WILBURN p/k/a FUTURE, LELAND WAYNE p/k/a METRO BOOMIN, KENDRICK DUCKWORTH p/k/a KENDRICK LAMAR, and JOHN DOES 1-10

    Defendants.

Case No. 1:25-cv-03602-DLC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY RODNEY OLIVER p/k/a RODNEY O**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff RODNEY OLIVER p/k/a RODNEY O hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Dated: August 28, 2025

                                                             _____
                                                             Rodney Oliver, in pro per