```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NECOLE KEY,                             :
                                        :
                    Plaintiff,          :
                                        :      25cv3602 (DLC)
          -v-                           :
                                        :         ORDER
BARRY WHITE FAMILY TRUST et al.,        :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of August 1, 2025 extended the deadline for service to August 29. It appearing that service may have been completed on all defendants except Leland Wayne, also known as Metro Boomin, it is hereby

ORDERED that all defendants upon whom service has been completed shall respond to the complaint by October 6, 2025.

IT IS FURTHER ORDERED that the plaintiff may file a submission by September 23, 2025 explaining why her claims against defendant Wayne should not be dismissed with prejudice.

Dated:   New York, New York
         September 15, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge