```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NECOLE KEY,                             :
                                        :
                     Plaintiff,         :
                                        :      25cv3602 (DLC)
          -v-                           :
                                        :         ORDER
BARRY WHITE FAMILY TRUST et al.,        :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

  This action was filed on April 29, 2025.  Based on a request by plaintiff Necole Key, an Order of August 1 extended the deadline for service to August 29.  An Order of September 15 observed that service has not been completed on defendant Leland Wayne, also known as Metro Boomin, and set a deadline of September 23 for the plaintiff to explain why her claims against Wayne should not be dismissed.  In a letter of September 22, the plaintiff claims that dismissal with prejudice would be improper but does not address her failure to complete service on Wayne.  Dismissal based on a failure to effectuate timely service is generally "without prejudice."  Fed. R. Civ. P. 4(m).  Accordingly, it is hereby

  ORDERED that the plaintiff's claims against defendant Leland Wayne, also known as Metro Boomin, are dismissed without

prejudice.

Dated:   New York, New York
         September 23, 2025

                                             _____
                                                                DENISE COTE
                                           United States District Judge