```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
NECOLE KEY,                              :
                                         :
                       Plaintiff,        :
                                         :     25cv3602 (DLC)
            -v-                          :
                                         :         ORDER
BARRY WHITE FAMILY TRUST et al.,         :
                                         :
                       Defendants.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 26, 2025, plaintiff Necole Key filed a motion requesting the entry of a protective order. Key requests a protective order that would (1) "clarify" that discovery produced in the related action, 24cv7509, "may not be used in this case without prior leave of the Court," and (2) "require that counsel communications remain limited to counsel of record in this action."

There is no basis for granting either part of this request. Key has not shown that the protective order in effect in the related action is insufficient. Key also has not shown that an attorney-client privilege or any other restriction should be assumed to apply to communications between parties without any concrete dispute about its application, or that any privilege or restriction would require such communications to be limited to counsel of record in this action. Accordingly, it is hereby

ORDERED that Key's September 26 motion for a protective order is denied.

Dated:    New York, New York
          September 29, 2025

```
                              _____
                                    DENISE COTE
                              United States District Judge
```