```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
NECOLE KEY,                              :
                                         :
                    Plaintiff,           :
                                         :        25cv3602 (DLC)
          -v-                            :
                                         :            ORDER
BARRY WHITE FAMILY TRUST et al.,         :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 26, 2025, plaintiff Necole Key filed a motion requesting the entry of a protective order. An Order of September 29 denied that motion. In a letter of September 30, Key appears to seek reconsideration of that Order, attaching emails that she contends support her request for a protective order. Key also requests leave to file a motion for declaratory judgment before the defendants have responded to the complaint. Key fails to demonstrate that there is any basis for these requests. Accordingly, it is hereby

ORDERED that the requests in Key's letter of September 30 are denied.

Dated:    New York, New York
          October 1, 2025

                                        _____
                                                 DENISE COTE
                                        United States District Judge