**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NÉCOLE KEY,<br><br>                    Plaintiff.<br>v.<br><br>BARRY WHITE FAMILY TRUST et al.,<br><br>                    Defendants.<br><br>RODNEY OLIVER p/k/a Rodney O<br><br>     [Proposed] Intervenor Defendant | Case No. 1:25-CV-03602-DLC<br><br>**RODNEY OLIVER'S NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>**[Memorandum of Law, Declarations of Rodney Oliver, Anterine Jackson and Kenneth D. Freundlich submitted concurrently herewith along with a [Proposed] Order]** |

**PLEASE TAKE NOTICE** that [Proposed] Intervenor Defendant Rodney Oliver p/k/a Rodney O, hereby moves this Court before the Honorable Denise L. Cote, United States District Judge at the United States District Court for the Southern District of New York, 500 Pearl St. New York, NY 10007, to intervene in this action pursuant to Federal Rule of Civil Procedure 24. In support of the Motion, Intervenor Defendant relies on the accompanying Memorandum of Law, the Declarations of Rodney Oliver, Anterine Jackson and Kenneth D. Freundlich, the files and docket in this action and in the case titled *The Barry White Family Trust v. Cooley et al*, 1:24-cv-07509 (the "First Action") also before the Court, and any other written or oral argument as may be requested by the Court.

The purpose of this intervention is to file the attached Motion to Dismiss the Complaint in this action or, if the Court requires, to answer and counterclaim against Plaintiff in this action. A true and correct copy of the Motion to Dismiss Oliver will file with the Court's granting of this

Motion to Intervene, is attached to the Declaration of Kenneth D. Freundlich, filed concurrently herewith, as **Exhibit C**.

A Proposed Order accompanies this Motion.

Dated: November 10, 2025

                                    FREUNDLICH LAW, APC

                                    BY: /s/ Kenneth D. Freundlich
                                    Kenneth D. Freundlich
                                    16133 Ventura Blvd. Ste. 645
                                    Encino, CA 91436
                                    *Attorneys for [Proposed] Intervenor Defendant*
                                    *Rodney Oliver p/k/a Rodney O*