**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NÉCOLE KEY,<br><br>      Plaintiff.<br>v.<br><br>BARRY WHITE FAMILY TRUST et al.,<br><br>      Defendants. | Case No. 1:25-CV-03602-DLC<br><br>**[PROPOSED] ORDER GRANTING RODNEY OLIVER'S MOTION TO INTERVENE**<br><br>[Notice of Motion, Memorandum of Points Authorities, Declarations of Anterine Jackson and Rodney Oliver submitted concurrently herewith] |

The Court, having reviewed the Motion to Intervene and all papers submitted in connection therewith, hereby **GRANTS** [Proposed] intervenor-Defendant Rodney Oliver p/k/a Rodney O's Motion to Intervene.

Intervenor Defendant Oliver's response to the Complaint in this matter is due twenty (20) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: November __ , 2025

              HONORABLE DENISE L. COTE
              UNITED STATES DISTRICT COURT JUDGE

              BY: _____