```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
NECOLE KEY,                              :
                                         :
                         Plaintiff,      :
                                         :    25cv3602 (DLC)
           -v-                           :
                                         :    ORDER
BARRY WHITE FAMILY TRUST et al.,         :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The Court assumes familiarity with this action and the related action, 24cv7509. The relevant procedural history is summarized only in brief.

In 24cv7509, the Barry White Family Trust sued Rodney Oliver and Joe Cooley for copyright infringement. Necole Key is Oliver's former music rights manager and agent. Key filed a motion to intervene that was denied in an Opinion of April 9, 2025. Key continued to prepare <u>pro se</u> filings on behalf of Oliver. An Opinion of October 29 described misconduct by Oliver and noted Key's involvement. Recently, in a letter of November 11, the remaining parties in 24cv7509 reported that they have reached a settlement.

Key and Oliver filed this action on April 29. Oliver filed a notice of voluntary dismissal on September 9, leaving Key as the only remaining plaintiff. Pursuant to an Order of September

15, the defendants' deadline to respond to the complaint is currently December 5.

On November 10, Oliver filed a motion to intervene as a defendant in this action. Attached to that motion is a draft motion to dismiss. Oliver seeks dismissal of this action and argues, <u>inter alia</u>, that Key lacks standing. According to Oliver, a document that Key has relied on to claim that she is entitled to 20% of his earnings is fraudulent and, in any event, Oliver has terminated any agreement he had with Key that may have entitled her to part of his earnings. Oliver also argues that Key has engaged in other misconduct, including by making false statements and leveling improper accusations against the other parties in this action.

On November 11, the Barry White Family Trust filed a motion to dismiss. Among other arguments for dismissal, that motion also argues that Key lacks standing.

These filings raise serious concerns of potential misconduct by Key that may lead to sanctions. That potential misconduct includes, <u>inter alia</u>, Key's possible creation of a fraudulent document to assert standing and her attempting to act as an attorney for Oliver, including in this action, despite the Court's explicit admonition in the Opinion of April 9 that she may not do so. Accordingly, it is hereby

2

ORDERED that Key shall by **November 20, 2025** file any opposition to Oliver's November 10 motion to intervene, as well as any opposition to the standing arguments in the Barry White Family Trust's November 11 motion to dismiss. Any replies shall be filed by **November 25, 2025**. Key's duty to respond to the arguments in the Barry White Family Trust's motion to dismiss that do not relate to standing is stayed pending further order.

IT IS FURTHER ORDERED that the defendants' December 5, 2025 deadline for responding to the complaint is stayed pending further order.

IT IS FURTHER ORDERED that Key is hereby advised that evidence of misconduct in this action may lead to sanctions, including dismissal of this action.

Dated:   New York, New York
         November 12, 2025

_____
DENISE COTE
United States District Judge

3