**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NECOLE KEY,

                Plaintiff,

      -against-                                        25 **CIVIL** 3602 (DLC)

                                                    **JUDGMENT**

BARRY WHITE FAMILY TRUST et al.,

                Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated December 5, 2025, BWFT's November 11 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      December 5, 2025

                                     **TAMMI M. HELLWIG**

                                     _____

                                          **Clerk of Court**

                    **BY:**                K. mango

                                   _____

                                         **Deputy Clerk**