```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :          25cv3602 (DLC)
NECOLE KEY,                              :
                                         :               ORDER
                          Plaintiff,     :
                                         :
            -v-                          :
                                         :
BARRY WHITE FAMILY TRUST, et al.,        :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 1, 2026, plaintiff moved for relief, pursuant to Fed. R. Civ. P. 60(b)(1), 60(b)(3), 60(b)(6), and 60(d)(3), from the final judgment entered on December 5, 2025, and the December 17, 2025 Order explaining that the action is dismissed as moot. Plaintiff filed supplemental authority in support of her motion on January 5, 2026.

Plaintiff's motion, which appears to be AI-generated, seeks relief under Rules 60(b)(1) and 60(b)(6), Fed. R. Civ. P., "to protect the integrity of the record." A Rule 60(b) motion, however, may not be employed to relitigate the merits of a case. Ethridge v. Bell, 49 F.4th 674, 688 (2d Cir. 2022). Plaintiff also cites Rules 60(b)(3) and 60(d)(3), Fed. R. Civ. P., but fails to point to any fraud, misrepresentation, or misconduct by the opposing party, rendering those grounds inapplicable.

Plaintiff has failed to demonstrate that there is any basis for relief under Rule 60, Fed. R. Civ. P.  Accordingly, it is hereby

ORDERED that plaintiff's January 1, 2026 motion is denied.

Dated:    New York, New York
          January 7, 2026

_____
DENISE COTE
United States District Judge