USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2026

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NÉCOLE KEY,

Plaintiff,

v.

THE BARRY WHITE FAMILY TRUST, et al.,

Defendants.

*Key having filed a timely appeal, the motion is denied as moot.*

*Denise Cote*

*1/21/26*

Case No. 1:25-cv-03602 (DLC)

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

### (Fed. R. App. P. 4(a)(5))

Plaintiff Nécole Key, pro se, respectfully moves for an order extending the time to file a notice of appeal from the Judgment entered December 5, 2025 (ECF No. 81) and the Order entered December 17, 2025 (ECF No. 84).

## INTRODUCTION

This Court entered Judgment on December 5, 2025 (ECF No. 81) and entered an Order on December 17, 2025 (ECF No. 84). Plaintiff seeks appellate review of the dismissal and related orders. Plaintiff requests a brief extension under Fed. R. App. P. 4(a)(5) based on excusable neglect and/or good cause, so that appellate review may proceed on the merits.

4

**LEGAL STANDARD**

Under Fed. R. App. P. 4(a)(5), the district court may extend the time to file a notice of appeal if: (1) the motion is filed within 30 days after the prescribed time expires; and (2) the moving party shows excusable neglect or good cause.

**FACTS SHOWING EXCUSABLE NEGLECT / GOOD CAUSE**

1. Plaintiff is a pro se litigant.

2. Plaintiff has acted in good faith and with diligence throughout post-judgment proceedings.

3. Plaintiff has diligently attempted to obtain legal assistance in this matter. On June 16, 2025, the Federal Pro Se Legal Assistance Project (SDNY) responded in writing that it could not assist Plaintiff due to a conflict of interest, and recommended that Plaintiff contact the Hofstra Law School Pro Se Legal Assistance Program for limited assistance. Plaintiff nonetheless continued to litigate and comply with Court deadlines as a pro se party. (See Exhibit A; see also Declaration of Nécole Key.)

4. Any delay was brief, non-prejudicial, and occurred while Plaintiff was actively litigating post-judgment issues and attempting to preserve appellate rights without counsel.

5. Defendants will not be meaningfully prejudiced by a short extension, while denial would cause severe prejudice by forfeiting appellate review.

**ARGUMENT**

Plaintiff satisfies Rule 4(a)(5). This motion is filed within the permissible period, and Plaintiff has shown excusable neglect and/or good cause. Plaintiff's efforts to comply were diligent and made in good faith under pro se constraints. A short extension will not prejudice Defendants and serves the interests of justice by allowing review on the merits.

**REQUESTED RELIEF**

Plaintiff respectfully requests that the Court extend the time to file a notice of appeal from the December 5, 2025 Judgment (ECF No. 81) and the December 17, 2025 Order (ECF No. 84) through and including February 7, 2026, or such other date as the Court deems appropriate.

5

To the extent the Court deems Plaintiff's Notice of Appeal timely, Plaintiff requests this motion be denied as moot.

Dated: January 18, 2026

Respectfully submitted,

/s/ Nécole Key

Nécole Key (pro se)

451 Discovery Lane, Unit 321

Brea, CA 92821

626-598-6647

necolekey@gmail.com

6

7

**CERTIFICATE OF SERVICE**

I certify that on January 18, 2026, I served the foregoing motion on all counsel of record via the Court's ECF system.


Dated: January 18, 2026


/s/ Nécole Key

Nécole Key

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NÉCOLE KEY,

Plaintiff,

v.

THE BARRY WHITE FAMILY TRUST, et al.,

Defendants.

Case No. 1:25-cv-03602 (DLC)

**DECLARATION OF NÉCOLE KEY IN SUPPORT OF MOTION FOR EXTENSION OF TIME (FRAP 4(a)(5))**

I, Nécole Key, declare under penalty of perjury:

1. I am the Plaintiff in this action, appearing pro se. I submit this declaration in support of my Motion for Extension of Time under Fed. R. App. P. 4(a)(5).

2. I have acted in good faith and with diligence to preserve my rights and comply with filing obligations in this matter.

3. I have diligently attempted to obtain legal assistance. On June 16, 2025, the Federal Pro Se Legal Assistance Project (SDNY) informed me in writing that it could not assist me due to a conflict of interest, and recommended that I contact the Hofstra Law School Pro Se Legal Assistance Program for limited assistance.

8

4. Despite being unable to obtain representation through that program, I continued to prosecute this case and pursue post-judgment relief as a pro se litigant to the best of my ability.

5. A true and correct copy of the June 16, 2025 email is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2026, at Brea, California.

_____

/s/Nécole Key

9

**EXHIBIT A**

June 16, 2025 Email from Federal Pro Se Legal Assistance Project (SDNY)

(Conflict of Interest / Declined Assistance)

From  FedPro SDNY • FedProSDNY@nycbar.org

To    necolekey@gmail.com

Date  Jun 16, 2025, 12:42 PM

🔒    Standard encryption (TLS).
      View security details

Hi Ms. Key,

We received your request for assistance with your case. Unfortunately, we won't be able to help you because of a conflict of interest. We encourage you to reach out to the Pro Se Legal Assistance Program at Hofstra Law School. This is a similar program to ours but works on cases in the Eastern District of New York, rather than the Southern District of New York. If you explain that you were turned away from our Project due to a conflict of interest, they should be able to provide you limited assistance.

Sincere apologies for any frustration this may cause you. We wish you the best of luck.

**Federal Pro Se Legal Assistance Project (SDNY)**
City Bar Justice Center | 42 W 44th Street, New York, NY 10036
P: 212.382.4794 | F: 212.382.4794 | E: fedprosdny@nycbar.org
**Follow Us:** Facebook | LinkedIn | Instagram | Threads

↩ Reply          ↪ Forward          ☺